BLANK ROME LLP
Linda D. Kornfeld (SBN 155765)
lkornfeld@blankrome.com
David A. Thomas (SBN 215367)
dthomas@blankrome.com
Julia K. Holt (SBN 221291)
jholt@blankrome.com
2029 Century Park East, 6th Floor
Los Angeles, CA 90067
Telephone:    424.239.3400
Facsimile:    424.239.3434

Attorneys for Plaintiff
AGSPRING, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AGSPRING, LLC, a Delaware limited liability company,<br><br>                      Plaintiff,<br><br>   vs.<br><br>ENDURANCE AT LLOYD'S SYNDICATE 5151 – B6151TRMUI2015,<br><br>                      Defendant. | Case No. 20-cv-06709-EMC<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF THE ENTIRE CASE WITHOUT PREJUDICE** |

**NOTICE OF VOLUNTARY DISMISSAL OF THE ENTIRE CASE WITHOUT PREJUDICE**

1     **TO THE HONORABLE COURT, ALL PARTIES AND COUNSEL**:

2     Plaintiff in this matter and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i),

3 voluntarily dismisses this case in its entirely without prejudice, with each side to bear its own costs

4 and fees.

5 DATED: January 14, 2021          BLANK ROME LLP

By:   /s/ Linda D. Kornfeld
      Linda D. Kornfeld
      David A. Thomas
      Julia K. Holt

Attorneys for Plaintiff AGSPRING, LLC



GRANTED
Judge Edward M. Chen
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DATED: 1/14/2021